COLONIAL FINANCIAL CORPORATION, Respondent, v. JOSEPH M. HARNELL and NELLIE C. HARNELL, His Wife, Appellants, and Others, Defendants.— Order of the County Court of Nassau county vacating foreclosure sale affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ., concur.

COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK on Complaint of GERTRUDE ROSENBAUM, Appellant, v. GEORGE LEVINE, Respondent.— Order of the Court of Special Sessions of the City of New York, Borough of Brooklyn, modified by striking from the last paragraph thereof the words " hereby adjudges him not to be the father of said children " and by inserting in place thereof the words " hereby adjudges that it was not proved that said children were likely to become a public charge." As so modified the order is unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

ANGELO DE CRESCENZO, Respondent, v. 274–276 MADISON AVENUE, INC., Defendant, and THOMPSON-STARRETT COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Lazansky, P. J., Young and Kapper, JJ., concur; Carswell and Scudder, JJ., dissent.

JAMES A. DUNNE, JR., as Receiver of the Premises 319–331 Winthrop Street, Brooklyn, N. Y., Respondent, v. PACKARD MOTOR CAR COMPANY OF NEW YORK, Appellant.— Order and judgment reversed upon the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. In our opinion there are issues to be tried which cannot be determined on a motion for summary judgment. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

JAMES A. DUNNE, JR., as Receiver of the Premises 319–331 Winthrop Street, Brooklyn, N. Y., Plaintiff, v. PACKARD MOTOR CAR COMPANY OF NEW YORK, Appellant, and IDA ERDMANN and Others, Respondents.— Order denying motion of appealing defendant to bring in additional parties defendant affirmed, with ten dollars costs and disbursements. The parties sought to be brought in are parties in the foreclosure action and their rights can be adjudicated therein. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

JOHN C. GRAFF, Respondent, v. CHARLES E. HUNTER and MARGARET HUNTER, His Wife, Appellants.— Judgment unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Carswell and Scudder, JJ.